Joseph Reardon, Respondent, v. B. W. Leigh, Appellant.—Judgment affirmed, with costs. No opinion. All concurred.

John Wilson, Plaintiff, v. William E. Magie and Charlotte Wilson, as Executors, etc., of Robert Wilson, Deceased, and Others, Defendants. Samuel H. Randall, as Attorney, etc., of John Wilson, Appellant, v. John Wilson, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. All concurred.

John Wilson, Plaintiff, v. William E. Magie and Charlotte Wilson, as Executors, etc., of Robert Wilson, Deceased, and Others, Defendants. Samuel H. Randall, as Attorney, etc., of John Wilson, Appellent, v. John Wilson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

John Wilson, Plaintiff, v. William E. Magie and Charlotte Wilson, as Executors, etc., of Robert Wilson, Deceased, and Others, Defendants. Samuel H. Randall, as Attorney, etc., of John Wilson, Appellant, v. John Wilson, Respondent.— Motion to dismiss appeal granted, without costs.

Hannah M. Allerton, Appellant, v. Charlotte A. Allerton, Respondent.— Order affirmed, without costs. No opinion. All concurred, except Hirschberg, J., taking no part.

Thomas E. Baldwin, Respondent, v. Adolph F. Wobcke, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Thomas F. Lewis, Respondent, v. The Brooklyn City Co-operative Building and Loan Association, Appellant. — Judgment affirmed, with costs. No opinion. All concurred, except Woodward, J., dissenting.

Janet M. Calderwood, Respondent, v. Metropolitan Street Railway Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Bartlett, J., taking no part.

Nils Sorensen, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Bartlett, J., taking no part.

Walter E. Parfitt, etc., Appellant, v. James H. Williams, etc., Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. All concurred.

George E. Lovett and Grace E. Lovett, Composing the Firm of George E. Lovett & Co., as Attorneys for Harold and Ellen Terrell, Executors, etc., Appellants, v. John Hill, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. All concurred.

Harry D. McKee and William W. Beers, Respondents, v. New York Steel and Wire Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. All concurred.

In the Matter of the Application and Petition of Michael T. Daly, as Commissioner of Public Works of the City of New York, Respondent, to Acquire Certain Real Estate, etc., Kensico Reservoir, Parcel 8, Claim of Phebe F. Stoughtenburg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred, except Woodward, J., taking no part.

In the Matter of the Application and Petition of Michael T. Daly, as Commissioner of Public Works of the City of New York, Respondent, to Acquire Certain Real Estate, etc., Kensico Reservoir, Claim of Charles F. Wyckoff, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred, except Woodward, J., taking no part.

Mary E. Powell, Respondent, v. Oliver B. Whitney and Nathaniel H. Dubois, Doing Business under the Name, etc., of The Whitney Basket Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Catherine Murphy, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

Lidie W. McWhinney, Respondent, v. The New York and North Shore Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Fred Adee, Respondent, v. Nassau Electric Railroad Company and The Brooklyn Heights Railroad Company, Appellants. Florence Adele Lott and Jennie Louise Banks, Respondents, v. Nassau Electric Railroad Company and The Brooklyn Heights Railroad Company, Appellants.— Rearguments ordered for Thursday, April twenty-fourth.

Robert L. Cutting and Another, etc., Plaintiffs, v. The Baltimore and Ohio Railroad Company and Others, Defendants.— Motion to resettle order granted.

Charles W. Knight, Respondent, v. James F. D. Lanier, Appellant.— Motion denied.

Erie Railroad Company, Plaintiff, v. Mary Anna Steward and Others, Defendants.— Motion granted and Hon. Cornelius L. Waring appointed referee.

William C. Breed and Clifford W. Hartridge, as Receivers of the New York National Building and Loan Association, Appellants, v. Leonard Ruoff, Sr., and Francis Ruoff, Respondents.— Motion denied on the ground that leave is unnecessary.

In the Matter of Proving the Last Will and Testament of Jotham S. Tompkins, Deceased.— Motion denied, without costs.

Pontus I. Thompson, Respondent, v. Emma A. Richardson, Impleaded, etc., Appellant. (Action No. 1 and Action No. 2).— Motion granted in each case, with ten dollars costs in each case, unless the appellant perfects her appeal so as to be prepared to argue the appeals on the twenty-eighth instant, and on the payment of ten dollars costs in each case by the appellant.

In the Matter of the Application of the Poughkeepsie Trust Company to be Designated as a Depository, etc.— Hon. Samuel K. Phillips appointed referee.

Thomas Kirkwood, Respondent, v. Harry M. Smith, Appellant, Impleaded with Cornelia M. Locke, as Administratrix, etc., of Charles S. Locke, Deceased.— Further argument set down for Thursday, April twenty-fourth.

Albertina L. Robinson, as Administratrix, etc., of Frederick H. Robinson, Deceased, Respondent, v. Charry C. Appleby and Silas F. Overton, as Executors, etc., of Helen C. Pratt, Deceased, Appellants.— Motion denied.

Mary Jane Sproule, as Trustee, etc., Respondent, v. Sarah Davies and Others, Defendants. Henry Jacobs, Appellant.— Motion for leave to appeal to the Court of Appeals granted.

August Reiss, Appellant, v. Town of Pelham, Respondent. Charles Weber, Appellant, v. Town of Pelham, Respondent.— Motions for reargument denied. The whole question in controversy can be presented on the consideration of the appeals from the judgments, which have been ordered on the calendar for disposition at this term.

Sam Saffier, Appellant, v. "Yon" Motchkol, First Name Fictitious, Real Name Unknown to Plaintiff, Respondent.— Order resettled by striking out the provision for final judgment and inserting in lieu thereof a direction that the cause be remitted to the Municipal Court, there to be proceeded with in accordance with the opinion of this court, handed down at the October Term, 1901 (64